UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELISA MARIE DEMBINSKY,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

Case No. 18-10532

HON. AVERN COHN

**<u>ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 21)</u>**
**<u>AND</u>**
**<u>GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Doc. 20)</u>**
**<u>AND</u>**
**<u>DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Doc. 18)</u>**
**<u>AND</u>**
**<u>DISMISSING CASE</u>**

I.

This is a social security case. Plaintiff Elisa Marie Demobinsky appeals from the final determination of the Commissioner of Social Security (Commissioner) that she is not disabled and therefore not entitled to disability insurance benefits. The matter was referred to a magistrate judge for all pretrial proceedings. Plaintiff and the Commissioner filed cross motions for summary judgment. See Docs. 18, 20.

On August 1, 2019, the magistrate judge issued a report and recommendation (MJRR) recommending that the Commissioner's motion be granted, that plaintiff's

motion be denied, and the case be dismissed. (Doc. 21).[1]

## II.

Neither party has filed objections to the MJRR and the time for filing objections has passed. The failure to file objections to the report and recommendation waives any further right to appeal. Smith v. Detroit Federation of Teachers Local 231, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the motions. Thomas v. Arn, 474 U.S. 140, 149 (1985). The Court has reviewed the MJRR and agrees with the magistrate judge's recommendations.

Accordingly, the findings and conclusions of the magistrate judge are ADOPTED as the findings and conclusions of the Court. The Commissioner's motion for summary judgment is GRANTED. Plaintiff's motion for summary judgment is DENIED. This case is DISMISSED.

SO ORDERED.

S/Avern Cohn
AVERN COHN
Dated: 9/10/2019                    UNITED STATES DISTRICT JUDGE
Detroit, Michigan

---

[1]The magistrate judge also recommends that plaintiff's motion for summary judgment at Doc. 17 be stricken as improvidently filed.